IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Reverend Franklin C. Reaves, ) | C/A No.: 4:10-cv-03234-TLW |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| Sherry R. Rhodes, *individually and in her* ) | |
| *official capacity as Clerk of Court for* ) | |
| *Marion County*; et al, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

# ORDER

This is a civil action filed on December 21, 2010 by Reverend Franklin C. Reaves, Ph.D. ("Plaintiff") proceeding *pro se* and *in forma pauperis*. (Doc. # 1).

The matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by Magistrate Judge Thomas E. Rogers, III on February 3, 2014, (Doc. #84), to whom this case was previously assigned. In the Report, the Magistrate Judge recommends that Defendants' Motion to Dismiss, (Doc. #79), be granted and this case be dismissed in its entirety. Objections were due by February 21, 2014. No objections to the Report have been filed.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not

1

required to give any explanation for adopting the recommendation.  See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

This Court has carefully reviewed the Magistrate Judge's Report and Recommendation. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation, (Doc. #84), is **ACCEPTED**. Defendants' Motion to Dismiss, (Doc. # 79), is **GRANTED** and the case is dismissed in its entirety.

**IT IS SO ORDERED**.

s/Terry L. Wooten
Chief United States District Judge

February 26, 2014
Columbia, South Carolina